948

No. 13, Original. TEXAS *v.* NEW JERSEY ET AL. The report of the Special Master is received and ordered filed. The motion of the State of Florida for leave to intervene is granted. *Richard. W. Ervin,* Attorney General of Florida, and *Fred M. Burns,* Assistant Attorney General, on the motion. [For earlier orders herein, see 369 U. S. 869; 370 U. S. 929; 371 U. S. 873; 372 U. S. 926, 973.]

No. 1031. MALLOY *v.* HOGAN, SHERIFF. Supreme Court of Errors of Connecticut. Certiorari granted. *Harold Strauch* for petitioner. *John D. LaBelle* and *Harry W. Hultgren, Jr.* for respondent.

No. 946. RYAN ET AL. *v.* ABATA ET AL. C. A. 7th Cir. Certiorari denied. *Jacques M. Schiffer* and *Howard W. Minn* for petitioners. *Harold A. Katz* and *Irving M. Friedman* for respondents. Reported below: —— F. 2d ——.

No. 1013. SHAFFER *v.* JOSEPH E. SEAGRAM & SONS, INC. C. A. 10th Cir. Certiorari denied. *Arthur John Keeffe, James Reeves Kelley* and *Houston Bus Hill* for petitioner. *T. Murray Robinson, Mathias F. Correa* and *John W. Nields* for respondent.

No. 1015. SINCLAIR REFINING Co. *v.* VILLAIN & FASSIO E COMPAGNIA, INTERNATIONALE DI GENOVA SOCIETA, RIUNITE DI NAVIGAZIONE, S. p. A. C. A. 2d Cir. Certiorari denied. *Eugene Underwood* for petitioner. *Robert J. Nicol* for respondent.